UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN WISE, et al.,

Plaintiffs,

v.

CARSON CITY, et al.,

Defendants.

Case No. 3:26-cv-00838-ART-CSD

DISMISSAL ORDER
WITH LEAVE TO AMEND

Plaintiff Steven Wise, who is detained at Carson City Jail ("CCJ"), has submitted duplicate "class action" civil rights complaints under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1, 1-2.) As an initial matter, the Court dismisses the duplicate complaint (ECF No. 1-2) without prejudice.

Wise purports to submit the complaint on behalf of himself and pro se Plaintiffs Prescott Jones, Tyler Norman, Jayden Williams, Jordan Rhoudes, Curtis Mock, and three John Does, who are also detained at CCJ. (ECF No. 1-1 at 1–2.) Wise is the only Plaintiff that filed an application to proceed *in forma pauperis* and signed the complaints.

## I. DISCUSSION

Here, Wise seeks to represent the other pro se Plaintiffs, which he cannot do. Pro se litigants have the right to plead and conduct their own cases. *See* 28 U.S.C. § 1654. But pro se litigants have no authority to represent anyone other than themselves. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995). Therefore, the Court dismisses the complaint (ECF No. 1-1) in its entirety without prejudice with leave to amend.

Wise may pursue his claims in the instant action because he is the only Plaintiff who filed an application to proceed *in forma pauperis* and signed every document. If Wise wishes to pursue his individual claims in this case, he may submit an amended complaint that only references his claims and not the claims

of the other detainees.[1] If Wise chooses to file an amended complaint, he will file the amended complaint within **thirty days** from the date of entry of this Order. If Wise chooses not to file an amended complaint by that deadline, the Court will dismiss this action without prejudice.

The Court dismisses Jones, Norman, Williams, Rhoudes, Mock, and Does 1-3 from this action without prejudice. If they wish to pursue any claims that were contained in this action, they must file their own complaint and file their own application to proceed *in forma pauperis* or pay the full filing fee of $405. 28 U.S.C. § 1914(b); Nev. Loc. R. LSR 1-1.

## II. CONCLUSION

It is therefore ordered that a decision on Wise's application to proceed *in forma pauperis* (ECF No. 1) is deferred.

It is further ordered that the Clerk of the Court file the complaint (ECF No. 1-1).

It is further ordered that the complaint (ECF No. 1-1) is dismissed in its entirety without prejudice. The duplicate complaint (ECF No. 1-2) is also dismissed without prejudice.

It is further ordered that, if Wise chooses to file an amended complaint in this case, he will file the amended complaint within **thirty days** from the date of entry of this Order.

It is further ordered that, if Wise fails to timely comply with this Order, the Court will dismiss this action without prejudice.

---

[1] Wise is granted leave to file an amended complaint that only raises his individual claims. If Wise chooses to file an amended complaint, he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Wise's amended complaint must contain all claims, defendants, and factual allegations that he wishes to pursue in this lawsuit. Moreover, Wise should file the amended complaint on this Court's approved prisoner civil rights form, and it must be entitled "First Amended Complaint."

It is further ordered that all Plaintiffs except Wise are dismissed from this action without prejudice.

It is further ordered that the Clerk of the Court will send **each named Plaintiff** (Wise, Jones, Norman, Williams, Rhoudes, and Mock) the approved form for filing a § 1983 complaint with instructions, an application to proceed *in forma pauperis* for an inmate with instructions, and a copy of the complaint (ECF No. 1-1).

It is further ordered that Jones, Norman, Williams, Rhoudes, and Mock may initiate their own lawsuits by submitting their own applications to proceed *in forma pauperis* and complaints to the Clerk of the Court.

DATED: November 2, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE